PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE __Southern__ DISTRICT OF TEXAS
## __Houston__ DIVISION

United States Courts
Southern District of Texas
FILED

JUN 15 2023

Nathan Ochsner, Clerk of Court

__Eric Wallace Koehl   SO# 10443__
Plaintiff's Name and ID Number
__San Jacinto County Sheriffs Office__
__75 W. Avenue__
__Coldspring, Texas. 77331__
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

V. __The Alliegance Mobile Ambulance Service__
__20 Hill Avenue__
__Coldspring, Texas. 77331__
Defendant's Name and Address
__The Livingston Texas Hospital__
__1717 US-59 Loop N.__
__Livingston, Texas. 77351__
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $352.00 plus an administrative fee of $50.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $352.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES √ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
        Plaintiff(s)_____
        Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?)_____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: SAN JACINTO COUNTY SHERIFF' OFFICE 75 W. AVENUE Coldspring, Texas. 77331

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. ITS ON INMATE KIOSK-NCIC.com, 607 EAST WHALEY STREET- LONGVIEW, TEXAS. 75601 (COMPUTER) E.W.K.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ERIC WALLACE KOEHL SO#10443 SAN JACINTO COUNTY- Sheriff's OFFICE - 75 W. AVENUE - Coldspring, Texas. 77331

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: THE ALLIEGANCE Mobile Ambulance Service - 20 HILL AVENUE - Coldspring, Texas. 77331 (DENIED EMS-TRANSPORTERS NAME)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
THE EMS-TRANSPORTER IN RAGE AND ANGER CRUSHED MY Lefthand Ring finger Tip

Defendant #2: THE LIVINGSTON TEXAS HOSPITAL - 1717 US-59 LOOP N. - LIVINGSTON, TEXAS, 77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DENIED ME MEDICAL FOR CUTTS AND PAIN OF head TRUMA AND CRUSHED Lefthand RING finger Tip AND LIED ON MY MEDICAL RECORDS.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

NOT ENOUGH SPACE PLEASE SEE ATTACHED (2) PAGES PAGE 4-A AND 4-B

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT $45,000.00 FROM DEFENDANT #1.) AND I WANT $45,000.00 FROM defendant #2.) A Total of $90,000.00 Dollars.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

NONE

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDC # 409015, T.D.C.J-ID # 661873

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____

4

# ATTACHED PAGE 4-A

ON JANUARY 19, 2023 IN THE San Jacinto County Jail, I, ERIC WALLACE KOEHL SO #10443, THE PLAINTIFF, WAS IN CELLBLOCK -203 WAS ATTACKED by APPROXIMATELY (5) five INMATE'S SET up by A TONGO BLAST GANG member "LOUCANO" IN THE ADJOINING Cellblock 201, Plaintiff WAS TAKEN To The Booking Desk holding cell To AWAIT EMS-TRANSPORTATION FOR EMERGANCY Room TRANSPORT.

Defendant - #1.) THE ALLIEGANCE mobile Ambulance- Service - 20 Hill Avenue - Coldspring, Texas. 77331 with (2) TWO MEN, NAMES REFUSED To be given, ONE of The MEN, THE BIGGEST of The Two, got ANGERY because Plaintiff could NOT LOAD himself ONTO THE STRETCHER AND Took plaintiff's Left HAND Ring- finger Tip AND CRUSHED it with E.W.K. A RAGE of ANGER on video.

Defendant - #2.) THE Livingston Texas Hospital - 1717 US- 59 Loop N. - Livingston, Texas. 77351, AT EMERGANCY Room, The Plaintiff, WAS REFUSED All help for PAIN, given A BODY CATSCAN Then Left IN A ROOM FOR hours CONTINUALLY SEEKING help for PAIN from head-TRUMA AND maximum PAIN To Left hand Tip OF Ring -finger Completely DENIED, Defendant #2) had Plaintiff RE- TURNED back To THE Jail with RECORD'S STATING NO BROKEN BONES, AND Nothing WRONG with him.

AT THE San Jacinto County Jail, Plaintiff WAS put IN A SINGLE MAN Cell AND DENIED MEDICAL help for his INJURIES AND PAIN due To DEFENDANT #2) LYING ON THE RECORD'S FROM Them SENT To The Jail, Plaintiff had Loose Teeth, Cutt's INSIDE his mouth, AND cutt's on his Left hand AND face, after WEEK's THE Sheriff GOT X-RAY's OF Plaintiff's Left hand AND it WAS VERIFIED That his Left hand Tip of Ring finger WAS IN FACT CRUSHED LIKE SAND.

ATTACHED PAGE 4-B

THE NCIC..COM AT 607 EAST WHALEY STREET-Longview, TEXAS 75601 (INMATE KIOSK COMPUTER) has All of The GREIVANCE'S AND REQUEST'S VERIFYING Allegations AND The SAN JACINTO COUNTY JAIL has VIDEO RECORDING To VERIFY FOR VIDEO CAMARA'S ARE AND WERE WORKING AND IN PLACE ON JANUARY 19, 2023 with PlainTiff's MEDICAL RECORD'S ON FiLE.

This CIVIL ACTION IS NOT AGAINST The Sheriff GREG CAPERS OR The SAN JACINTO COUNTY JAIL OR STAFF. OUR Sheriff IS A GREAT Sheriff.

06-08-2023

_Em Wallow Kurll_
SIGNATEARE

4. Have the sanctions been lifted or otherwise satisfied? ___YES ✓NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 06-08-2023
               DATE

_E. Wallace Kaehl_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __08__ day of __06__, 20 __23__.
           (Day)          (month)         (year)

_E. Wallace Kaehl_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5



San Jacinto County Sheriff's Office
Eric Wallace Koehl SO #10443
45 W. Cedar Avenue
Coldspring, Texas, 77331

Legal-Mail

06-08-2023
Mailed on

United States District Court
Clerk
Post Office Box 61010
Houston, Texas, 77208

United States Courts
Southern District of Texas
FILED
JUN 15 2023
Nathan Ochsner, Clerk of Court