United States District Court
Southern District of Texas
**ENTERED**
October 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC WALLACE KOEHL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-02201 |
| § | |
| THE ALLEGIANCE MOBILE § | |
| AMBULANCE SERVICE, *et al.*, § | |
| § | |
| Defendants. § | |

## **ORDER OF DISMISSAL**

On June 15, 2023, the Clerk's Office issued a Notice of Deficient Pleading directing the plaintiff, Eric Wallace Koehl, to pay the filing fee or file a motion for leave to proceed *in forma pauperis* along with a certified statement showing all transactions in his inmate trust account for the past six months. Koehl was in jail at that time.

On June 26, 2023, Koehl advised the Court that he had been released from jail and provided his new address. On August 4, 2023, the Clerk's Office entered a second Notice of Deficient Pleading directing Koehl to file an updated motion for leave to proceed *in forma pauperis* (Doc. # 8). Koehl has not yet complied with the Notice of Deficient Pleading.

A district court may dismiss a lawsuit for failure to prosecute under Federal Rule of Civil Procedure 41(b). *Berry v. CIGNA/RSI–CIGNA,* 975 F.2d 1188, 1190 (5th Cir.1992). "This authority is based on the courts' power to manage and administer their own affairs to

ensure the orderly and expeditious disposition of cases.'" *Id.* at 1190–91 (quoting *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630–31 (1962)).

Koehl's failure to comply with the Notice of Deficient Pleading forces the Court to conclude that he lacks diligence in prosecuting this action. Therefore, under the Court's inherent power to manage its docket, this case is dismissed for want of prosecution. Koehl is advised that he may obtain relief from this order under Federal Rule of Civil Procedure 60(b) if he makes a proper showing. Accordingly, it is ordered that this case is dismissed without prejudice for want of prosecution.

It is so ORDERED.

SIGNED on October 24, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge